# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CONOR O'BOYLE,** | Case No. 1:22-cv-1079-PAB |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **CUYAHOGA COUNTY,** *et al.*, | |
| **Defendants.** | **ORDER** |

On 10/28/2022, the parties advised Magistrate Judge Jonathan Greenberg that this matter was settled. Magistrate Judge Greenberg ordered the parties to file a notice of dismissal with prejudice no later than 5 p.m. on 12/1/2022. Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

**IT IS SO ORDERED.**


Dated: December 2, 2022         *s/Pamela A. Barker*
                                PAMELA A. BARKER
                                UNITED STATES DISTRICT JUDGE